UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNEY MUSGROVE (#383427)

VERSUS

SGT. JOHNELL ROSS, ET AL.

CIVIL ACTION

NO. 11-0445-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and that the plaintiff's action shall be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915(e), without prejudice to any state law claims which the plaintiff may have.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 14, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Note that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."
Doc#47526