UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNEY MUSGROVE (#383427)

VERSUS

SGT. JOHNELL ROSS, ET AL.

CIVIL ACTION

NO. 11-0445-FJP-DLD

### JUDGMENT

For written reasons assigned,

IT IS ORDERED AND ADJUDGED that judgment shall be entered, declining to exercise supplemental jurisdiction over the plaintiff's state law claims, dismissing any state law claims which the plaintiff may have without prejudice and dismissing the plaintiff's action as legally frivolous within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, October 14, 2011.

> FRANK J. POLOZOLA
> MIDDLE DISTRICT OF LOUISIANA

Doc#47527